# United States District Court

EASTERN **DISTRICT OF** MICHIGAN

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL CASE**

Plaintiff(s),

v.

PETER ERIC HENDRICKSON and
DOREEN HENDRICKSON,

Defendant(s).

CASE NUMBER:

**06 - 11753**

NANCY G. EDMUNDS

**TO:** (Name and Address of Defendant)
Peter Eric Hendrickson
232 Oriole Rd
Commerce Township, MI 48382

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Robert D. Metcalfe
    Tax Division
    U.S. Department of Justice
    P. O. Box 7238
    Ben Franklin Station
    Washington, DC 20001

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DAVID J. WEAVER          APR 1 2 2006

CLERK          DATE

BY DEPUTY CLERK

1644144.1

AO 440 (rEV 1/90) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me  DATE 4-12-2006 12:42pm

NAME OF SERVER (Print) HERB ALEXANDER  TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

☒ Service personally upon the defendant. Place where served: 232 ORIOLE RD COMMECE TOWNSHIP MI 48382 PETER HENDRICKSON (COMMERCE)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICE | TOTAL |
|---|---|---|
|  | 50.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/12/2006
Date

Signature of Server

18701 GRANDRIVER, 48223
Address of Server

DOROTHY F. POOLE
Notary Public, Wayne County, MI
Acting in Oakland Co., MI
My Commission Expires 05/18/2007

2006 APR 17 A 11:55
EASTERN MICHIGAN
ATTORNEY'S OFFICE
UNITED STATES

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1644144.1