UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  -vs.-                                             Civil Action No. 06-11753
                                                   Hon. Nancy G. Edmunds

PETER ERIC HENDRICKSON and
DOREEN M. HENDRICKSON,

      Defendants.
_____/

**EXHIBIT INDEX**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **1** | **DECLARATION OF KIM HALBROOK** |
| Att # 1 | Forms W-2 issued to Hendrickson for 2002 and 2003 |
| **2** | **DECLARATION OF SHAUNA HENLINE** |
| Att # 1 | 2002 Form 1040, Individual Income Tax Return (Peter & Doreen Hendrickson |
| Att # 2 | 2003 Form 1040, Individual Income Tax Return (Peter & Doreen Hendrickson |
| Att # 3 | 2002 Form 4340 Certificates of Assessments and Payments (Peter & Doreen Hendrickson |
| Att # 4 | 2003 Form 4340 Certificates of Assessments and Payments (Peter & Doreen Hendrickson |
| Att # 5 | Page from www.losthorizons.com website |
| Att # 6 | Form 2424 Account Adjustment Voucher (Cr. Amt: 515.66) |
| Att # 7 | Form 2424 Account Adjustment Voucher (Cr. Amt: 529.18) |

1724255.1

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Att # 8 | Form 2424 Account Adjustment Voucher (Cr. Amt: 553.17) |
| Att # 9 | Treasury Check posted on the www.losthorizons.com website |

Dated this   24th   day of May, 2006.

>STEPHEN J. MURPHY, III
>United States Attorney
>
>WILLIAM L. WOODARD
>Assistant United States Attorney
>
>
> */s/ Robert D. Metcalfe*
>ROBERT D. METCALFE
>ANNE NORRIS GRAHAM
>STEPHEN J. SCHAEFFER
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>P.O. Box 7238
>Ben Franklin Station
>Washington, D.C.  20044
>Tel.  (202) 307-6525
>Fax  (202) 514-6770
>Robert.D.Metcalfe@usdoj.gov
>
>Attorneys for Plaintiff
>United States of America

1724255.1

CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2006, I electronically filed the foregoing **EXHIBIT INDEX** with the Clerk of the Court using the CM/ECF system.  I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Peter Eric Hendrickson
232 Oriole Road
Commerce Township, MI 48382

Doreen M. Hendrickson
232 Oriole Road Commerce
Commerce Township, MI 48382

    /s/ Robert D. Metcalfe
    ROBERT D. METCALFE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 3-7-6525
    Facsimile: (202) 514-6770
    E-mail: robert.d.metcalfe@usdoj.gov