EXHIBIT 1

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

PETER ERIC HENDRICKSON and
DOREEN M. HENDRICKSON,

   Defendants.
_____/

Civil Action No. 06-11753
Hon. Nancy G. Edmunds

## DECLARATION OF KIM HALBROOK

I, KIM HALBROOK, declare that:

1. I am the Payroll/Human Resource Manager for Personnel Management, Inc., which is located in Farmington Hills, Michigan, and which is the entity which formerly employed Peter Hendrickson.

2. I have been informed that this Declaration is being executed in support of the United States' Brief in Opposition to Defendants' Motion to Dismiss, Motion for More Definite Statement, Motion to Strike and Notice of Violation of FRCP Rule 11 and the Plaintiff's Motion for Summary Judgment.

3. I have personal knowledge of the matters set forth in this declaration, and, if called upon to testify as to said matters, could do so competently.

4. Peter Eric Hendrickson ("Hendrickson") was employed by Personnel Management, Inc. during 2002 and 2003.

5. As an employee of Personnel Management Inc., Hendrickson was paid a salary during 2002 and 2003. In 2003 and 2004, Personnel Management, Inc., issued Hendrickson

EXHIBIT 1

Form W-2 Wage and Tax Statements for the 2002 and 2003 tax years respectively. True and correct copies of the Forms W-2 issued to Hendrickson for the 2002 and 2003 tax years are attached to this Declaration.

6. The W-2 Wage and Tax Statements that were issued to Hendrickson for the 2002 and 2003 tax years were based upon (1) the wages paid to him; and (2) the amounts of the federal income, social security and Medicare taxes that were withheld from his wages in 2002 and 2003 and paid over to the Internal Revenue Service.

7. Additionally, the information that was reported on the Forms W-2 that were issued to Hendrickson for the 2002 and 2003 tax years was also reported to the IRS.

### CERTIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 10Th day of May, 2006.

_____
KIM HALBROOK

Subscribed and sworn to before me this
____10____ day of _May_, 2006

_____
Notary Public,
_____ County, State of Michigan
Acting in _____ County,
My Commission Expires: _____

DAWN E. SCHULTZ
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Aug 22, 2010
ACTING IN COUNTY OF

Blmfield.07571.52448.748030-1