UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 06-11753

        v.        District Judge Nancy G. Edmunds

PETER ERIC HENDRICKSON and    Magistrate Judge R. Steven Whalen
DOREEN M. HENDRICKSON,

        Defendants.

_____/

## ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION TO SHOW CAUSE

Plaintiff having filed a Motion for Order to Show Cause on 8/15/2006 [#10] and the Court having entered an Order Requiring Responsive Pleading in lieu of an Order to Show Cause, filed on 8/23/2006 [#11] and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Motion for Order to Show Cause is hereby dismissed as MOOT.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: August 23, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 23, 2006.

S/Gina Wilson
Judicial Assistant