UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER ERIC HENDRICKSON and
DOREEN M. HENDRICKSON,

    Defendants.
    _____/

Case No. 06-11753

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15]**

This matter comes before the Court on the Magistrate Judge's February 5, 2007 Report and Recommendation [15]. Being fully advised in the premises and having reviewed the record and the pleadings, including Defendants' Objections, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

Defendants' motion to dismiss [4] is DENIED.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: February 26, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2007, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager