UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER ERIC HENDRICKSON and
DOREEN M. HENDRICKSON,

    Defendants.
_____/

Case No. 06-11753

Honorable Nancy G. Edmunds

## JUDGMENT

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is GRANTED, and this case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  February 26, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2007, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager