UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 06-11753

v.                                                Hon. Nancy G. Edmunds

PETER ERIC HENDRICKSON and
DOREEN M. HENDRICKSON,

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [55]**

This matter has come before the Court on the Magistrate Judge's April 16, 2010 Report and Recommendation. [Docket Text # 55.] Being fully advised in the premises and having reviewed the record and the pleadings, including Defendants' Objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

It is further ordered that Defendants Peter Eric Hendrickson and Doreen M. Hendrickson appear before this Court on **Thursday, June 3, 2010 at 10:00 a.m.** to show cause why Defendants should not be adjudged in contempt by reason of the facts certified in the Magistrate Judge's April 16, 2010 Report and Recommendation. It is further ordered that the Magistrate Judge's recommendations three (3) and four (4), [Docket Text # 55 at 10], are taken under advisement to be addressed at the show cause hearing.

    SO ORDERED.

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: May 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 28, 2010, by electronic and/or ordinary mail.

                                    s/Carol A. Hemeyer
                                    Case Manager