# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 12, 2012

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 10-1824, *USA v. Peter Hendrickson, et al*
Originating Case No. : 06-11753

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Mr. Daniel A. Applegate
Mr. Bruce R. Ellisen
Doreen M. Hendrickson
Peter E. Hendrickson
Mr. John A. Nolet
Mr. Anthony T. Sheehan
William L. Woodward

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-1824
_____

Filed: March 12, 2012

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PETER E. HENDRICKSON and
DOREEN M. HENDRICKSON

       Defendants - Appellants

## <u>MANDATE</u>

   Pursuant to the court's disposition that was filed 11/22/2011 the mandate for this case hereby

issues today.

COSTS: None